United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARIYA GAVDEY,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01722** |
| | § | |
| **ICE FIELD OFFICE DIRECTOR - SAN** | § | |
| **ANTONIO, et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus. (Dkt. No. 1). Petitioner's claims may be precluded by binding precedent in light of the Fifth Circuit's recent decision in *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

Accordingly, the Court **ORDERS** Petitioner to file an advisory by **November 12, 2026**, addressing why the Court should not deny the petition and terminate the case.

If Petitioner fails to file an advisory by the above deadline, the Court may deny the petition with prejudice based on the facts currently presented and terminate the case.

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on October 29, 2026.

John A. Kazen
United States District Judge